IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 DEC 14 PM 5:12

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR131 |
| vs. | SUPERSEDING INDICTMENT |
| JASON L. BATES, | 18 U.S.C. § 1594(a) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

Beginning on or about March 30, 2020, through on or about April 6, 2020, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, JASON L. BATES, did knowingly attempt to patronize and solicit a minor who had not attained the age of 18 years, knowing the minor was under the age of 18 years old, and knowing the minor would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1594(a).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
for SEAN P. LYNCH, #25275
Assistant U.S. Attorney

1