## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON L. BATES,<br><br>Defendant. | **8:20-CR-131**<br><br>**ORDER ON REQUEST FOR TRANSCRIPT** |

This matter is before the Court on the Request for Transcript, filed by non-party Richard H. McWilliams. Filing 84. The request for a transcript is granted, provided Mr. McWilliams contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied. Accordingly,

IT IS ORDERED:

1. The Request for Transcript, filed by non-party Richard H. McWilliams, Filing 84, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Richard H. McWilliams at the address provided in Filing 84.

Dated this 19th day of August, 2022.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge